538

No. 81. EMPLOYERS' LIABILITY ASSURANCE CORP., LTD., *v.* COOK ET AL. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Clyde A. Sweeton* and *W. A. Vinson* for petitioner. *Mr. D. A. Simmons* for respondents.

No. 89. TEXAS & PACIFIC R. Co. *v.* GUIDRY. October 14, 1929. Petition for a writ of certiorari to the Court of Civil Appeals, Sixth Supreme Judicial District, State of Texas, granted. *Mr. T. D. Gresham* for petitioner. *Mr. S. P. Jones* for respondent.

No. 92. LUCAS, COMMISSIONER OF INTERNAL REVENUE, *v.* NORTH TEXAS LUMBER Co. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Attorney General Mitchell, Assistant Attorney General Willebrandt,* and *Messrs. Alfred A. Wheat* and *Randolph C. Shaw* for petitioner. *Messrs. Albert B. Hall* and *Joseph J. Eckford* for respondent.

No. 93. COOPER *v.* UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Court of Claims granted. *Mr. Wayne Johnson* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Messrs. Lisle A. Smith* and *Henry A. Cox* for the United States.

No. 99. LUCAS, COMMISSIONER OF INTERNAL REVENUE, *v.* EARL. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Attorney General Mitchell, Assistant Attorney*